IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LIESL REEVES,<br>    PLAINTIFF, | § § § | |
| V. | § § § | CAUSE NO. 1:18-CV-772-LY |
| SONIC HEALTHCARE USA, INC.,<br>    DEFENDANT. | § § § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause with prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _29th_ day of March, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE